IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EDWARD JAMES HOPSON, #74709                                 PLAINTIFF

VERSUS                      CIVIL ACTION NO.   3:06cv047TSL-JCS

JOANN ROSS, LAWRENCE KELLY, AND CHRISTOPHER EPPS        DEFENDANTS

### FINAL JUDGMENT

This cause is before the court, _sua sponte_, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the _1st_ day of September, 2006.

                                         /s/ Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE